UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. MITCHELL, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06cv1562 (RWR) |
| ) | |
| BRUCE R. JAMES, Public Printer ) | |
| U.S. Government Printing Office, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**CONSENT MOTION TO REFER CASE TO MEDIATION**

The defendant respectfully requests that the above-captioned case be referred to

mediation, and submit the following in support this request:

1. Plaintiff filed a discrimination case in the United States District Court for the

District of Maryland, which was transferred to this District on April 28, 2006, and

assigned  case number 06-cv-00791 (JDB).

2. On June 29, 2006, Judge Bates referred 06-cv-00791 to mediation for a period of

sixty (60) days to commence on July 5, 2006.  Mediation has not yet occurred

because of a delay in appointing Plaintiff an attorney for purposes of mediation,

and because the mediator was on vacation.  The law firm of Kenyon & Kenyon

LLP entered its appearance on behalf of Plaintiff on September 5, 2006.  The

parties recently scheduled a meeting  with the mediator for November 3, 2006.

3. The parties agree that it would be productive to have this case referred to the

assigned mediator, Mr. Charles Byrd, so that both cases may be addressed and

possibly settled.

WHEREFORE, the defendant requests that this case be referred to mediation, and that

Mr. Charles Byrd be assigned as the mediator.

Respectfully Submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, Bar # 434122
Assistant United States Attorney


_____/s/_____
KAREN L. MELNIK, D.C. Bar # 436452
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Rm. E-4112
Washington, D.C.  20530
(202) 307-0338

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on October 6, 2006, I served a copy of the foregoing Consent

Motion to Refer Case to Mediation, and a proposed Order by first class mail, postage pre-paid, to

the following:

> John T. Mitchell
> 9875 Hope Acres Road
> White Plains, MD 20695

> _____
> KAREN L. MELNIK, D.C. Bar #436451
> Assistant United States Attorney
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C.  20530
> (202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 06cv1562 (RWR) |
| | ) |
| BRUCE R. JAMES, Public Printer | ) |
| U.S. Government Printing Office, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Consent Motion to Refer Case to Mediation, and the

entire record herein, it is this _____ day of October, 2006, hereby

ORDERED, that this case shall be referred to mediation; it is further

ORDERED, that Mr. Charles Byrd shall be assigned as the mediator.


_____
UNITED STATES DISTRICT JUDGE


Copies to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W. Rm E-4112
Washington, D.C. 20530

John T. Mitchell
9875 Hope Acres Road
White Plains, MD 20695