UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN T. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06cv1562 (RWR) |
| | ) | |
| BRUCE R. JAMES, Public Printer | ) | |
| U.S. Government Printing Office, | ) | |
| | ) | |
| Defendant. | ) | |

## **ERRATA**

Defendant hereby notifies the Court and Plaintiff of the filing on this date of a corrected Praecipe. When first filed, the Certificate of Service had the incorrect date of service.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
UNITED STATES ATTORNEY


_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
555 4th Street, N.W. Rm. E 4112
Washington, D.C. 20530
(202) 307-0338

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on October 6, 2006, I served a copy of the foregoing Errata by first class mail, postage pre-paid, to the following:

        John T. Mitchell
        9875 Hope Acres Road
        White Plains, MD 20695

        _____
        KAREN L. MELNIK, D.C. Bar #436452
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 307-0338