UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JOHN T. MITCHELL,              )
9875 Hope Acres Road           )
White Plains, MD 20695         )
                               )
        Pro Se Plaintiff,      )
                               )
    v.                         )
                               ) Civil Action No. 06-1562(RWR)
                               )
BRUCE R. JAMES,                )
Public Printer                 )
U.S. Government                )
Printing Office                )
732 North Capitol Street,NW    )
Washington, D.C. 20401         )
MARSHALS SERVICE,              )
                               )
                               )
        Defendant.             )
_____ )
```

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendant in this action.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar #498610

_____/S/_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division

                555 Fourth Street, N.W.
                Washington, D.C. 20530
                (202) 307-0338 (O)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. John T. Mitchell, 9875 Hope Acres Road, White Plains, MD. 20695, on October 6, 2006.

                _____
                KAREN L. MELNIK D.C. BAR #436452
                Assistant United States Attorney
                U.S. Attorney's Office for the
                District of Columbia
                Civil Division
                555 Fourth Street, N.W. #4112
                Washington, D.C. 20530
                (202) 307-0338(O)
                (202) 514-8780 (Fax)