AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9-26-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carolyn Mitchell | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: US Attorney for District Court
501 3rd St., NW, Washington, DC 20001
CASE # 1:06CV01562

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/28/06        *Carolyn Mitchell*
              Date            Signature of Server

9875 Hope Acres Rd, White Plains, MD 20695
Address of Server

9.28.06
*Carolyn M. Schoonover*

Carolyn M. Schoonover, Notary Public
Charles County
State of Maryland
My Commission Expires Sept. 1, 2010

Comm N/A. /s  9/28/06

RECEIVED
OCT 06 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 9-26-06 |
| NAME OF SERVER (PRINT)  Carolyn Mitchell | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Bruce James, US Public Printer
U.S. G.P.O., 732 North Capitol St., NW, Washington, DC 20401
CASE # 1:06CV01562

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/28/06
                     Date

Signature of Server: Carolyn Mitchell

Address of Server: 9875 Hope Acres Rd, White Plains, MD 20695

9-28-06
Carolyn M. Schoonover

Carolyn M. Schoonover, Notary Public
Charles County
State of Maryland
My Commission Expires Sept. 1, 2010

clh 9/24/06

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-26-06 |
| NAME OF SERVER *(PRINT)* Carolyn Mitchell | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: U.S. Attorney General
950 Pennsylvania Ave, NW, Washington, DC, 20530
CASE # 1:06CV01562

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/28/06
Date

*Signature of Server:* Carolyn Mitchell

*Address of Server:* 9875 Hope Acres Rd, White Plains, MD 20695

Delvon Whitmire
9-26-06

9.28.06

Carolyn M. Schoonover

Carolyn M. Schoonover, Notary Public
Charles County
State of Maryland
My Commission Expires Sept. 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.